No. —. Ex parte Harry Duncombe. June 7, 1943. Application denied.

No. —. Ex parte Pauline Stevens. June 7, 1943. Application denied.

No. —, original. Ex parte Chesteen McConnell. June 7, 1943. The motion for leave to file petition for

writ of habeas corpus is denied without prejudice on the ground that it does not appear that all the matters alleged in the petition have been previously presented to the state courts of Indiana.